AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>ROGER KNOX<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No.<br>18-6268-MPK |

FILED
Clerk's Office
USDC, Mass.
Date 9/17/18
By: _Kellyn Robert_
Deputy Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2015 to present__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 | Securities Fraud |
| 18 U.S.C. § 371 | Conspiracy to commit securities fraud |

This criminal complaint is based on these facts:
See attached affidavit of FBI SA Keith Brown

☐ Continued on the attached sheet.

_____
Complainant's signature

Keith Brown, FBI SA
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/17/2018

City and state: Boston, MA

_____
Judge's signature

M. Page Kelley, US Magistrate Judge
Printed name and title