JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

18cr10385

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Bedford

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant  X
Magistrate Judge Case Number   18-MJ-6268-MPK
Search Warrant Case Number   See add'l information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Roger Knox    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Rocket

Address: (City & State) Sallanches, France

Birth date (Yr only): 1970    SSN (last4#): N/A    Sex: M    Race: White    Nationality: British

Defense Counsel if known: William Connolly, Esq.    Address: 20 Park Plaza Suite 1000

Bar Number: BBO 634501    Boston MA 02116

**U.S. Attorney Information:**

AUSA: Eric S. Rosen    Bar Number if applicable: NY4412326

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: 10/01/2018

☑ Already in Federal Custody as of 10/03/2018 in Plymouth County Jail
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/23/2018    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGER KNOX

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 15 USC 78j(b), 78ff | Securities Fraud | 1 |
| Set 2 | 18 USC 371 | Conspiracy to commit securities fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   17-6344-MPK, 17-6345-MPK, 18-6009-MPK, 18-7228-JCB, 18-7229-JCB