UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER KNOX<br><br>        Defendant | CRIMINAL No. 18-CR-10385-NMG |

## ASSENTED TO MOTION TO CONTINUE DATE FOR RESPONSE

The United States of America, by Andrew E. Lelling, United States Attorney, and Eric S. Rosen, Assistant United States Attorney for the District of Massachusetts, hereby files this assented to motion to continue the date for the filing of the Government's response to Defendant's motion to reconsider the order of detention.

On April 4, 2019, Defendant filed a motion to reconsider this Court's order of detention. The Government's response is due on April 18, 2019.  Counsel for the Government is traveling during the week of April 15, 2019 for business.  Accordingly, counsel requests that the Government's response date be continued to April 23, 2019.  Counsel for Defendant consents to this motion.

Accordingly, counsel for the Government respectfully requests a continuance of the date to file a response to Defendant's motion until April 23, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney


By:    /s/ Eric S. Rosen
       Eric S. Rosen
       Assistant United States Attorney
       617/748-3412

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*Eric S. Rosen*

Eric S. Rosen
Assistant United States Attorney

Date: April 14, 2019