15:22

< Messages    Montreux_Grp    Edit

Si  Si  ~A

Media

Wednesday, 22 Nov 2017

You were added to the group.

Group renamed to "Montreux_Grp"

Y5N5TP6Y was added to the group

Silver Arrow

Good day. The 4 person breakfast meeting has been mirrored.

~Aurum

Test.

Silver Arrow

Ok

~Goldfinger was removed from group

Thursday, 23 Nov 2017

Silver Arrow

Regarding the stock transfer, as I believe the position was withdrawn in Silver's name, we



**Montreux_Grp**

> ...withdrawn in Silver's name, we would return position to transfer agent and Rename. Then buyer would DWAC into their account

**~Aurum**

> Hi. I'm am not sure what this means or if I need to do anything. Is there a way to have you transfer direct to the buyer? How was the position withdrawn from Silver's name? I never signed anything to permit that to happen.

**Friday, 24 Nov 2017**

**Silver Arrow**

> In summary. We do not wish to complete request as instructed. We will return stock to transfer agent.

**~Aurum**

> Thanks for clarification. Understood and agreed.

**Tuesday, 28 Nov 2017**

**Silver Arrow**

> Hey, emailed fresh trading statements for CUR

**~Aurum**

**Montreux_Grp**

~Aurum

> Received. Thank you. Noted on the balances.

Monday, 4 Dec 2017

Silver Eagle

> Can you/ML send me your Anaford confirmation of UBO letter for Mithical (Romain bagnoud) and widder( el fitouri)?

> I think sergei should also be the UBO of Sayson. I need the same letter for that co for him pls

> I have your letters x 6 for:
> Deus
> Ballis
> Ophir
>
> Carmarthen
> Lynemouth
> Hammerdal

> The ones I mentioned above were under the old UBOs originally. I have removed those names and have the current form A's so that's ok. Just need the Anaford letter to complete the loop etc

**Montreux_Grp**

Si: Sayson/mithical/widder were a group together.

Si: Thx

*Wednesday, 6 Dec 2017*

Silver Eagle

Si: Pls also confirm with Anaford letters new ownership for Maple, Larkfield, Bay Street, Rathgar, Mayfair, Sundrive,

07:07 — Ok. All documents sent via post today.

Silver Eagle

Si: Thanks

Si: Thanks for call. Just checked our files. We have signed form As for Widder for ELF and Mithical for BAR which is contradictory to what you said it should be.

~Aurum

~A: I will check my records. Thanks.

Silver Eagle

Shall we keep these names to those co.s or will you resend



**Montreux_Grp**

Si: corrected Form As (I.e. Widder/BAR and Mithical /ELF)

~Aurum

~A: Please keep names to companies same. Widder/ELF and Mithical/BÄR. We will send two new BO letters to correspond to same.

~A: Also sending corrected BO letters for Sundrive/BUS and Mayfair/BUS.

~A: Can you please send us your file copy of Form A for Mithical, Widder, and Sayson for our files? Thank you.

~A: We will also be sending for BUS new Silverton application and Form A for Ballis. Both should be dated on or before 8 February 2017.

Thursday, 7 Dec 2017

Silver Eagle

Si: Docs received this am. Need you to re send sundrive and Mayfair pls with name inserted

VIA A-POST

Silverton SA
Route du Village 11
1925 Finhaut
Switzerland

RE: Sundrive Holdings Corp

Dear Sirs:

We are writing to confirm for know-your-client (KYC) purposes that [insert] is the sole (100%) owner of Sundrive Holdings Corp, Registered Company No. C 42976, which was formed on [...] under the provisions of the Nevis Business Corporation Ordinance 1984, as amended.

Should you have any further questions about this matter, please do not hesitate to contact [the] undersigned.

[Kind] regards,

Not sure who "[insert]" is 😉

FormA - BAR

FormA - LAC

FormA - ELF

15:22

< Messages   **Montreux_Grp**   Edit

07:33  Yes. That was done today. You will have tomorrow.

Silver Eagle
Thx

~Aurum
Will need to send new Form A for Mithical/BÄR and Widder/ELF. Signature date of October 2017 is wrong on both. Must be dated on or before 17 March 2017.

Silver Eagle
Ok

~Aurum
Will need to send new Form A for Lynemouth/BÄR and Hammerdal/ELF. Signature date of February 2017 is wrong. Companies not formed until 29 June 2017. Our BO letter dated 17 July 2017.

Silver Eagle
Ok

~Aurum
Will need to send new BO letter for Deus/BAR and Ophir/ELF. Form As dated 15

**~A:** February 2017. Our BO letter was dated 8 February 2017, which should be dated on or after 15 February 2017.

**Silver Eagle**
**Si:** Ok. Will replace with all new paperwork and destroy old ones

**~Aurum**
**~A:** That is everything. Sorry for this.

**Silver Eagle**
**Si:** No worries

**~Aurum**
**~A:** Since I am checking everything. I did not see dates BÄR and ELF signed Silverton application. Could you please send copy of the applications to us?

**~A:** Sending new BO letter for Sayson/LAR with new date of 31 March 2017 to match Form A date.

**Silver Eagle**
2.8 MB

**Messages** — Montreux_Grp — Edit

Si: BAR doc here: date needs revision

Si: [PDF, 2.7 MB] Silv Client acct opening

Si: ELF

Monday, 11 Dec 2017

~Aurum
~A: Hi. We are setting up a new deal. Need three completely new Marshall Island entities with whatever names you want. This is for Auxesis deal. You can charge client 1115 for formation fees. Thank you.

Silver Arrow
Si: Ok. Thx

Silver Eagle
Si: Will incorporate tmrw

~Aurum
~A: Thank you.

~A: We will provide BO information at later date once shares are transferred.



**Montreux_Grp**

Silver Eagle
3x new CO's are ready

Tuesday, 12 Dec 2017

~Aurum
Thanks. Can you please email me names.

Silver Arrow
K

12:20 — Pls send me BUS application.

Silver Eagle
Ok

12:34 — I should have everything Neat and tidy by Friday

Silver Arrow
I resent email listing 4 previously requested new co's. Do you require another 3 co's?

~Aurum
As noted, we require another three 3 new companies. Thank you. These too will be allocated to clients at a later date.

Silver Arrow
Ok. 3 more to follow on the 14th.



**~Aurum**

Thank you.

*Wednesday, 13 Dec 2017*

**Silver Eagle**

The 3new companies will be incorporated tmrw and fees charged to 1115 as per your message

For the previous group of 4 companies, will the fees for those also be taken from 1115 acct?

**~Aurum**

Yes. You may deduct fees for previous 4 companies and additional 3 new companies from 1115. Thank you.

*Friday, 15 Dec 2017*

**~Aurum**

Hello. On Monday can you please order two (2) new entities any name. This is further to the 3 new companies that I received today. This is for yet another new deal. Thank you.



**Montreux_Grp**

~A: You may deduct fees from 1115.

*Saturday, 16 Dec 2017*

Silver Eagle
Si: Ok

*Monday, 18 Dec 2017*

08:15 — I have sent the documents for elf, lac and bus today.

08:16 — I will meet with Bar tomorrow to sign the other documents.

Silver Eagle
Si: Ok

*Wednesday, 27 Dec 2017*

~Aurum: Hi. Hope you had nice Christmas. Checking on status of 2 new entities requested for OTC Exchange Networks. Thanks.

Silver Arrow
Si: More new ones?

~Aurum: Message from December 15:



15:24

Messages    Silver Eagle    Edit

                              I already sent those. Can you check again.
10:53

I have your letters x 6 for:
Deus
Ballis
Ophir

Carmarthen
Lynemouth
Hammerdal

The ones I mentioned above were under the old UBOs originally. I have removed those names and have the current form A's so that's ok. Just need the Anaford letter to complete the loop etc

Sayson/mithical/widder were a group together.

                              Could you pls ask Milan about all this.
14:08

Sure no prob

                              Thanks. It's just better to have it running through Milan.
14:32

Monday, 18 Dec 2017

↗ Outgoing call



