UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER KNOX<br><br>    Defendant | CRIMINAL No. 18-CR-10385-NMG |

JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by Andrew E. Lelling, United States Attorney, and Eric S. Rosen, Assistant United States Attorney for the District of Massachusetts, together with Mark Berthiaume, Greenberg Traurig, hereby files this joint motion, together with counsel for Defendant Roger Knox, to continue the August 16, 2019 status conference for Defendant for a period of approximately four weeks until mid-September, 2019.

As grounds for this motion, I state that counsel for the Government and counsel for defendant are continuing exchanges of documents and information, and that a status conference in July would be a better time to assess the status of the case. Accordingly, the parties request a period of approximately four weeks prior to the status conference.

The parties jointly agree to exclude time until the status conference.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney


By:   /s/ Eric S. Rosen
      Eric S. Rosen
      Assistant United States Attorney
      617/748-3412


      ROGER KNOX
      Defendant


By:   /s/Mark A. Berthiaume
      Mark A. Berthiaume
      Greenberg Traurig

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

           _s/Eric S. Rosen_____
           Eric S. Rosen
           Assistant United States Attorney

Date: August 14, 2019