UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, <br><br> v. <br><br> ROGER KNOX, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) | Criminal No. 18-10385-NMG |

## EMERGENCY CONSENT ORDER FOR TRANSFER OF ASSETS

This matter comes before the Court upon the consent of the United States and the Defendant, Roger Knox ("Knox") to allow Knox to transfer assets held in accounts in the name of Silverton SA/Wintercap SA at Tendall Capital Markets Ltd. (Malta) ("Tendall") to the custody of the United States Marshal Service to maintain pending forfeiture proceedings in this case.

After the United States obtained a seizure warrant, at the request of the United States, the government of Malta restrained accounts at Tendall held in the name of Silverton SA and Wintercap SA, including, but not limited to, account number ending in x1006. On January 13, 2020, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a written plea agreement that he signed on September 13, 2019. At the January 13, 2020, Rule 11 Hearing, the Court accepted the Defendant's plea. In his plea agreement, Knox agreed to forfeit the Tendall account in the name of Wintercap SA ending in x1006 subject a reservation allowing him to present evidence, prior to sentencing, demonstrating that the assets held in this account are not subject to forfeiture. Knox also agreed to assist the United States in re-patriating assets sufficient to satisfy the money judgment agreed upon in the plea agreement and to assist in re-patriating assets listed in the plea agreement to the United States. Docket No. 101.

The United States has learned that Tendall is in the process of dissolving. Accordingly, the United States and Knox agree that Knox shall execute any directives or other documentation necessary to transfer any and all funds and/or equities in the Tendall account(s) (the "Assets") to the custody and control of the United States Marshals Service pursuant to instructions provided by the United States Attorney's Office and the United States Marshals Service. The United States Marshals Service shall maintain the Assets pending a determination as to their forfeitability and further order of this Court.

ACCORDINGLY, it is hereby ORDERED that:

1. The United States Marshals Service shall maintain the Assets pending a determination as to their forfeitability and further order of this Court.

Dated: 5/29/20

_____
NATHANIEL M. GORTON
United States District Judge

Consented to:

ANDREW E. LELLING
United States Attorney

/s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

ROGER KNOX,
Defendant

/s/Mark A. Berthiaume
MARK A. BERTHIAUME, ESQ.
Greenberg Traurig LLP
One International Place
Boston, MA 02110
617-310-6007
berthiaumem@gtlaw.com

Dated: May 21, 2020

2