# EXHIBIT A

Securities received from Tendall Capital Markets Ltd. (Malta) Accounts Held in the Name of Silverton SA and Wintercap SA, including but not limited to Account S1511006:

| Description of Asset | Quantity |
| --- | --- |
| ARSN | 1860000 |
| IPOT.CA | 6942 |
| CLCS | 9500 |
| COCM | 4669500 |
| JOB/STMDF | 224700 |
| CORX | 2982100 |
| CURR | 2021489 |
| DGWR | 205040 |
| EPTI | 2254955 |
| IBXS | 50000 |
| KNWN | 15057 |
| NEWG | 1052926 |
| OLMM | 962326 |
| ORGS | 235,050 |
| PSCR | 1802681 |
| TTSI | 416,365 |
| TTSI | 281,000 |
| UNEQ | 50 |
| VCBDQ | 306924 |
| VIBI | 42941 |
| ZENO | 906900 |