United States District Court
District of Massachusetts

| | |
|---|---|
| United States, | ) |
| | ) |
| v. | ) Criminal Action No. |
| | ) 18-10385-NMG |
| Roger Knox, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM & ORDER

GORTON, J.

Pending before the Court is a Motion to Compel Enforcement of Restitution and for Expedited Relief (Docket No. 300) filed by Alan Colonel Goldberg ("Goldberg"). For the reasons that follow, that motion will be **DENIED**.

I.   Facts

In January, 2020, Roger Knox pled guilty to one count of securities fraud and one count of conspiracy to commit securities fraud. His original sentence in October, 2023, included 36 months' imprisonment, one year of supervised release and permitted the government a short period of time to move for a specific amount of restitution. Subsequently, in January, 2024, this Court entered an amended judgment against Knox ordering restitution in the amount of $58,046,278 to be awarded to 8,051 victims, one of whom is Goldberg.

As of December, 2025, Goldberg has yet to receive any payment despite the fact that he has sent several letters to the third-party claims administrator, Rust Consulting ("Rust"). Goldberg, acting pro se, brings the instant motion to enforce payment of restitution and for expedited relief.

## II.  Discussion

Goldberg contends that the Court entered a separate restitution order in his favor and that he "was not part of the general pro rata victim pool and was instead awarded an individual judgment" of $398,760.  He requests payment of that amount without further delay.

His petition includes an email received from Nikki Valila, a victim assistance specialist in the United States Attorney's Office for the District of Massachusetts.  The email includes a screenshot from the Victim Notification System ("VNS") that states:

> The Court ordered restitution to be paid in case 2019R00680 in the total amount of $398,760.41 to ALAN C. GOLDBERG.

Goldberg's motion makes no reference to the next paragraph of the email, which states that

> [w]hile a precise timeline cannot be provided, the government is committed to processing payments as promptly as possible.  Payments made to the victims will be made on a pro rata basis based on the total funds collected by the Government.

- 2 -

The government opposes Goldberg's motion, emphasizing that the amended judgment does not single out any victim for prioritized restitution but rather orders that any payment made that is not payment in full is to be paid proportionately among the parties named.

Goldberg includes no further support for his alleged individualized judgment other than the VNS screenshot. The wording of the first sentence of the email may suggest an individual assignment but the following paragraph clearly states that payments to victims are to be pro rata without any suggestion of priorities. The $398,760 to which Goldberg is entitled will be paid to him if and when restitution is collected in full.

The amended judgment further undermines any contention that the VNS letter was intended to prioritize Goldberg. The additional terms of the judgment for criminal monetary penalties state that payments will be "divided proportionately among the parties named" without reference to any individual party or subset of parties that will be treated differently.

The Court declines to address Goldberg's request for expedited relief. In February, 2026, Rust calculated the pro rata share due to each victim, after expenses, from the $15,588,484 collected to date and issued paper checks in the pro rata amount to the 8,068 victims.

- 3 -

## ORDER

For the foregoing reasons, Goldberg's Motion to Compel Enforcement of Restitution Judgment and for Expedited Relief (Docket No. 300) is **DENIED**.

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated:  March 23 , 2026

- 4 -